Diane J. Mason (State Bar No. 168202)
LECLAIRRYAN LLP
44 Montgomery Street, Eighteenth Floor
San Francisco, California 94104
Telephone:  (415) 391-7111
Telefax:      (415) 391-8766

Attorneys for Plaintiff
PALOMA VINEYARD, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALOMA VINEYARD, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CESAR TOXQUI d/b/a/ CESAR TOXQUI CELLARS,<br><br>　　　　　Defendants. | Case No.: 3:14-cv-02199 JSC<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>*Action Filed:  May 13, 2014* |

　　　　Pursuant to Local Rule 6.1, Plaintiff Paloma Vineyard, LLC and Defendants Cesar Toxqui d/b/a Cesar Toxqui Cellars hereby stipulate that Defendants Cesar Toxqui d/b/a Cesar Toxqui Cellars shall have until July 15, 2014 to file an answer, motion, or other response to Plaintiff's Complaint.  The Parties make this request as they are presently negotiating a settlement.

Dated: June 5, 2014　　　　　　　　　　　　　　　　　　LeClairRyan LLP


　　　　　　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Diane J. Mason*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIANE J. MASON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paloma Vineyard, LLC

APPROVED
*Jacqueline S. Corley*
Judge Jacqueline Scott Corley

Stipulation To Extend Time To Respond To Complaint
1